# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

October 09, 2025

Mr. Samuel Lee Begley
City Attorney's Office
for the City of Jackson
P.O. Box 2779
Jackson, MS 39207-2779

Mr. Brent Hazzard
Richard Schwartz & Associates, P.A.
162 E. Amite Street
Jackson, MS 39201-0000

    No. 25-60216   Jackson v. City of Jackson
                     USDC No. 3:22-CV-666

Dear Counsel,

You must submit the 6 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

**The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

*Kim M. Pollard*

                By: _____
                Kim M. Pollard, Deputy Clerk
                504-310-7635

cc:
    Mr. Drew McLemore Martin
    Mr. Jason Lee Nabors
    Mr. Ronald Earl Stutzman Jr.

*Kim M. Pollard*